Form 27 - GENERAL PURPOSE NI

**RHEINGOLD, VALET, RHEINGOLD** RHEINGOLD, VALET, RHEINGOLD

UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ASHLEY M.CLARK, ETAL | PLAINTIFF | index No. 10-CV-00094-SDW-ES<br>Date Filed |
| - vs - | | |
| ORGANON USA,INC., ETAL | DEFENDANT | Office No.<br>Court Date. |

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**RONALD IOVINO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New ~~York~~ JERSEY. That on the **27TH** day of **JANUARY, 2010** **3:00PM** at

**%C.T. CORP., 820 BEAR TAVERN RD**
**WEST TRENTON NJ 08628**

I served a true copy of the **SUMMONS AND COMPLAINT,**
upon **ORGANON USA,INC.**
**the DEFENDANT** therein named by delivering to, and leaving personally with
**MARYJANE SCHULTHEIS, CLERK AUTHORIZED TO ACCEPT**
a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

SEX: **FEMALE** COLOR: **WHITE** HAIR: **BROWN**
APP.AGE: **50** APP. HT: **5'4** APP. WT: **130**
OTHER IDENTIFYING FEATURES

COMMENTS:

Sworn to before me this
29TH day of JANUARY, 2010

SAMSON NEWMAN
Notary Public, NEW YORK COUNTY
01NE4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2013

RONALD IOVINO
AETNA JUDICIAL SERVICE INC
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3-RVR-56975